UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.            Case No.  05-cr-204-01-SM

Jesse Harless

O R D E R

Defendant Harless' motion to continue the final pretrial conference and trial is granted  (document 10).   Trial has been rescheduled for the October 2006 trial period.   Defendant Harless shall file a waiver of speedy trial rights not later than April 28, 2006.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  September 25, 2006 at 4:00 p.m.

**Jury Selection**:  October 3, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

April 19, 2006

cc:   Jonathan Saxe, Esq.
      Arnold Huftalen, AUSA
      US Probation
      US Marshal